IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAWN ROYAL and REGINA ROYAL                                    PLAINTIFFS

v.                          Case No. 4:15-cv-04008

MISSOURI & NORTHERN ARKANSAS
RAILROAD COMPANY, INC.;
RAILAMERICA, INC.; and GENESEE &
WYOMING, INC.                                                   DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion to File Medical Records Under Seal. (ECF No. 90). Plaintiffs have not filed any opposition to the Motion. Defendants request to file certain medical records under seal so that they may be used at trial.

Pursuant to Arkansas Code § 16-46-108, records cannot be used at trial unless such records and authenticating affidavits are filed with the clerk at least 14 days prior to trial. After consideration, the Court finds that Defendants' Motion should be and hereby is **DENIED**. Arkansas Code § 16-46-108 is inapplicable to this federal case. It is unnecessary for Defendant to file the medical records in this case under seal.

**IT IS SO ORDERED**, this 29th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge