IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAWN ROYAL and REGINA ROYAL                                    PLAINTIFFS

v.                              Case No. 4:15-cv-04008

MISSOURI & NORTHERN ARKANSAS
RAILROAD COMPANY, INC.;
RAILAMERICA, INC.; and GENESEE &
WYOMING, INC.                                                   DEFENDANTS

## JUDGMENT

Before the Court are six motions for summary judgment filed by Defendants Missouri & Northern Arkansas Railroad Company, Inc. ("MNA"); RailAmerica, Inc. ("RA"); and Genessee & Wyoming, Inc. ("GWI"). (ECF Nos. 23, 29, 35, & 38). Plaintiffs Shawn Royal and Regina Royal have filed responses to each of Defendants' motions. (ECF Nos. 55, 59, 62, & 65). Defendants have filed replies. (ECF Nos. 73, 75, 77, & 82). For the reasons set forth in the Memorandum Opinion of even date, Defendants' Motions for Summary Judgment (ECF Nos. 23, 29, 35, & 38) are granted. All of Plaintiffs' claims against all Defendants are hereby dismissed.

**IT IS SO ORDERED**, this 17th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge